**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LEON HARRIS, JR.**                                                              **PLAINTIFFS**
**and MALCOM JONES**

**v.**                              **CASE NO. 4:24-CV-00641-BSM**

**BLYTHEVILLE SCHOOL DISTRICT**
**BOARD OF EDUCATION,** *et al.*                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 1st day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE